540 U.S. 1076
 ANCIRA
v.
UNITED STATES;
ASTORGA-RAMIREZ
v.
UNITED STATES;
GREEN
v.
UNITED STATES;
LOPEZ-LARA
v.
UNITED STATES;
DE SAN JUAN MARTINEZ
v.
UNITED STATES;
MEDRANO
v.
UNITED STATES;
RAMKISHUN
v.
UNITED STATES;
RIOS-RAMIREZ
v.
UNITED STATES; and
SANABRIA
v.
UNITED STATES.
 No. 03-6558.
 Supreme Court of United States.
 December 8, 2003.
 
 1
 Appeal from the C. A. 5th Cir.
 
 
 2
 Certiorari denied. Reported below: 73 Fed. Appx. 79 (eighth judgment), 81 (first, second, fourth, seventh, and ninth judgments), and 82 (third, fifth, and sixth judgments).